# MEMORANDUM CASES.

[Civ. No. 4261. First Appellate District, Division One.—February 16, 1923.]

E. O. REESE, Respondent, v. C. B. TURPIN et al., Appellants.

[1] CONTRACT—PURCHASING AND MARKETING OF FRUIT—CONSTRUCTION—LIMITED PARTNERSHIP.—Judgment affirmed on the authority of *Becker* v. *Turpin, ante,* p. 16.

APPEAL from a judgment of the Superior Court of Fresno County. D. A. Cashin, Judge. Affirmed.

The facts are identical with those stated in the opinion in *Becker* v. *Turpin, ante,* p. 16.

Harris & Hayhurst, L. B. Hayhurst and Rue C. Gibson for Appellants.

Carl E. Lindsay and Edward F. Peters for Respondent.

THE COURT.—[1] This appeal, being identical as to its facts with the case of *Becker* v. *Turpin, ante,* p. 16 [214 Pac. 255], upon the authority of such decision the judgment is affirmed.